UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| In Re: | Chapter 13 |
|---|---|
| Kenneth Dalton Stevens<br>4222 Will Rhoades Dr.<br>Columbus, GA 31909-3967 | Case No: 15-40394-JTL |

## Amended Withdrawal

Now comes the standing Chapter 13 Trustee and withdraws her objection filed on February 03, 2016 to claim # 16 by Army And Air Force Exchange Services.

This 29 day of March 2016.

/s/ Kristin Hurst

Kristin Hurst
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing document (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, or (3) depositing it in the United States mail with first class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below.

Kenneth Dalton Stevens
4222 Will Rhoades Dr.
Columbus, GA 31909-3967

Custer, Custer & Clark

(Counsel for Debtor)

(Debtor)

Army And Air Force Exchange Services
C/O Bass And Associates, P. C.
3936 E. Ft. Lowell Road, Ste 200
Tucson, AZ 85712

(Creditor)

This 29 day of March 2016.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| In Re:<br>Kenneth Dalton Stevens<br>4222 Will Rhoades Dr.<br>Columbus, GA 31909-3967 | Chapter 13<br><br>Case No: 15-40394-JTL |

/s/  Kristin Hurst
_____

Kristin Hurst
CHAPTER 13 TRUSTEE

P.O. Box 1907
Columbus, GA 31902
Phone (706) 327-4151
ecf@ch13trustee.com